UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESSEX INSURANCE COMPANY,

    Plaintiff,

v.                                            CASE NO. 8:14-cv-356-T-23TGW

KART CONSTRUCTION, INC., et al.,

    Defendants.
_____/

**ORDER**

    Essex moves (Doc. 31) to strike Kart Construction's affirmative defenses and to dismiss Kart Construction's counterclaims. Also, Essex moves (Doc. 49) to sever or to dismiss Sabre's cross-claim against Kart Construction. Earlier orders (Docs. 35, 65) refer Essex's motions to Magistrate Judge Wilson for disposition (if denied) and for a report and recommendation (if granted). Magistrate Judge Wilson's October 8, 2014 order (Doc. 84) denies much of Essex's first motion. Magistrate Judge Wilson's January 23, 2015 order (Doc. 98) either denies or recommends granting the remaining issues.

    No party objects to Magistrate Judge Wilson's recommendations. Accordingly, the report and recommendation (Doc. 98) is **ADOPTED**. Essex's

motion (Doc. 31) to dismiss is **GRANTED**.  Count III of Kart Construction's counterclaim (Doc. 88) is **DISMISSED WITHOUT PREJUDICE**.

Essex's motion (Doc. 49) to sever Sabre's cross-claim is **GRANTED**, and Sabre's cross-claim (Doc. 29) is **SEVERED** from this action.  The clerk is directed to open a new case, styled *Sabre Industries, Inc. v. Kart Construction, Inc.*, under which Sabre may file a new complaint that alleges the claims contained in the cross-claim.  Under 28 U.S.C. § 1914, Sabre must pay the filing fee within fourteen days or suffer dismissal.  Further, the complaint, like any filing, must comply with Local Rule 1.05(a), which requires double-spacing (not 1.7 or 1.9 but 2.0 spaces between lines).  Also, no later than **FEBRUARY 23, 2015**, Sabre must amend the answer (Doc. 29) in this action to remove the cross-claim and to conform the answer to Local Rule 1.05(a).  The clerk is directed to terminate Sabre as a cross-claimant and to terminate Kart Construction as a cross-defendant.[*]

ORDERED in Tampa, Florida, on February 12, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] The parties are reminded that Local Rule 1.05(a) applies to every document filed in this action, and in addition to double-spacing, the rule requires at least twelve-point type (thirteen-point is better). If any future paper fails to comply with Local Rule 1.05(a), an order will strike the document.